*Transfer from ND of California — 11/7/17*

**UNITED STATES DISTRICT COURT**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

17-CV-5013

Address of Plaintiff: San Francisco, CA

Address of Defendant: 151 Farmington Avenue, Hartford, CT; 2850 Shadelands Dr., Walnut Creek, CA

Place of Accident, Incident or Transaction: _____
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐ No☐

Does this case involve multidistrict litigation possibilities?   Yes☐ No☐

RELATED CASE, IF ANY:
Case Number: 17cv3864   Judge: Sanchez   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes☐ No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes☐ No☐

[partially visible] ered case pending or within one year previously   Yes☐ No☐

THIS CASE IS RELATED TO: 17cv3864

[partially visible] e filed by the same individual?   Yes☐ No☐

CIVIL ACTION NO.    17  5013
CRIMINAL NO.

ASSIGNED TO: Judge Sanchez

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) Fair Credit Reporting Act

**ARBITRATION CERTIFICATION**
(*Check Appropriate Category*)
I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
Attorney-at-Law   Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 11/7/17   Steve Tomas   Deputy Clerk
Attorney-at-Law   Attorney I.D.#

CIV. 609 (5/2012)

NOV -7 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

John Doe                              :      CIVIL ACTION
        v.                            :
Aetna, Inc., et al.                   :      NO. **17  5013**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                           ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                                 ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                          ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                             ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.                (X)

11/7/17            Steve Tomas              Deputy Clerk
Date               Attorney-at-law          Attorney for

Telephone          FAX Number               E-Mail Address

(Civ. 660) 10/02

NOV -7 2017

ADRMOP,CLOSED



# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:17-cv-05191-RS

**17  5013**

Doe v. Aetna Inc. et al
Assigned to: Richard Seeborg
Demand: $5,000,000
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 09/07/2017
Date Terminated: 11/06/2017
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

### Plaintiff

**John Doe**
*Individually and on behalf of all others similarly situated*

represented by **Laurence D. King**
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
(415) 772-4700
Fax: (415) 772-4707
Email: lking@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda M. Fong**
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
(415) 772-4700
Fax: (415) 772-4707
Email: lfong@kaplanfox.com
*ATTORNEY TO BE NOTICED*

**Mario Man-Lung Choi**
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
(415) 772-4700
Fax: (415) 772-4707
Email: mchoi@kaplanfox.com
*ATTORNEY TO BE NOTICED*

**Matthew B. George**
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
(415) 772-4700
Fax: (415) 772-4707
Email: mgeorge@kaplanfox.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Aetna Inc.** | represented by | **Matthew P. Kanny** <br> Manatt, Phelps & Phillips, LLP <br> 11355 West Olympic Boulevard <br> Los Angeles, CA 90064-1614 <br> 310-312-4000 <br> Fax: 310-312-4224 <br> Email: mkanny@manatt.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Aetna Health and Life Insurance Company** | represented by | **Matthew P. Kanny** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Aetna Insurance Company of Connecticut** | represented by | **Matthew P. Kanny** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Aetna Health of California Inc.** | represented by | **Matthew P. Kanny** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2017 | 1 | CLASS ACTION COMPLAINT; Jury Trial Demanded against Aetna Health and Life Insurance Company, Aetna Health of California Inc., Aetna Inc., Aetna Insurance Company of Connecticut. (Filing fee $ 400.00 , receipt number 0971-11697666.). Filed by John Doe. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet) (King, Laurence) (Filed on 9/7/2017) Modified on 9/17/2017 (gbaS, COURT STAFF). (Entered: 09/07/2017) |
| 09/07/2017 | 2 | Proposed Summons. (King, Laurence) (Filed on 9/7/2017) (Entered: 09/07/2017) |
| 09/07/2017 | | Electronic filing error. A motion and proposed order to proceed as Doe must be filed before the case will be assigned. This filing will not be processed by the clerks office until such motion and proposed order is received. Re: 1 Complaint, filed by John Doe. (jmlS, COURT STAFF) (Filed on 9/7/2017) Modified on 9/17/2017 (gbaS, COURT STAFF). (Entered: 09/07/2017) |
| | | |

| | | |
|---|---|---|
| 09/14/2017 | 3 | ADMINISTRATIVE MOTION for Leave to Proceed Anonymously as John Doe filed by John Doe. Responses due by 9/18/2017. (Attachments: # 1 Exhibit 1, # 2 Declaration of Matthew B. George, # 3 Declaration of Plaintiff "John Doe", # 4 Proposed Order)(George, Matthew) (Filed on 9/14/2017) Modified on 9/17/2017 (gbaS, COURT STAFF). (Entered: 09/14/2017) |
| 09/14/2017 | 4 | Case assigned to Magistrate Judge Joseph C. Spero.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 9/28/2017. (jmlS, COURT STAFF) (Filed on 9/14/2017) (Entered: 09/14/2017) |
| 09/14/2017 | 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 12/8/2017. Initial Case Management Conference set for 12/15/2017 02:00 PM in Courtroom G, 15th Floor, San Francisco. (gbaS, COURT STAFF) (Filed on 9/14/2017) (Entered: 09/17/2017)** |
| 09/18/2017 | 6 | **Order by Chief Magistrate Judge Joseph C. Spero granting 3 Administrative Motion for Leave to Proceed Anonymously. (jcslc2S, COURT STAFF) (Filed on 9/18/2017) (Entered: 09/18/2017)** |
| 09/19/2017 | 7 | Summons Issued as to Aetna Health and Life Insurance Company, Aetna Health of California Inc., Aetna Inc., Aetna Insurance Company of Connecticut. (gbaS, COURT STAFF) (Filed on 9/19/2017) (Entered: 09/19/2017) |
| 09/21/2017 | 8 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by John Doe.. (George, Matthew) (Filed on 9/21/2017) (Entered: 09/21/2017) |
| 09/22/2017 | 9 | SUMMONS Returned Executed by John Doe. Aetna Inc. served on 9/20/2017, answer due 10/11/2017. (George, Matthew) (Filed on 9/22/2017) (Entered: 09/22/2017) |
| 09/22/2017 | 10 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klhS, COURT STAFF) (Filed on 9/22/2017) (Entered: 09/22/2017) |
| 09/25/2017 | 11 | **ORDER REASSIGNING CASE. Case reassigned to Judge Richard Seeborg for all further proceedings. Magistrate Judge Joseph C. Spero no longer assigned to the case. This case is assigned to a judge who participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and http://cand.uscourts.gov/cameras. Signed by the Executive Committee on 9/25/17. (Attachments: # 1 Notice of Eligibility for Video Recording)(srnS, COURT STAFF) (Filed on 9/25/2017) (Entered:** |

| | | |
|---|---|---|
| | | 09/25/2017) |
| 09/25/2017 | 12 | CLERK'S NOTICE RE REASSIGNED CASE: You are notified that the Court has scheduled an Initial Case Management Conference before Judge Richard Seeborg upon reassignment. For a copy of Judge Seeborg's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov. Parties or counsel may appear personally at 10:00 a.m. or file a request to appear by telephone at 11:00 am. If any party files such a request to appear by telephone, the Case Management Conference shall be moved to 11:00 am to be held telephonically. All parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference. **Case Management Statement due by 12/7/2017. Initial Case Management Conference set for 12/14/2017 at 10:00 AM in Courtroom 3, 17th Floor, San Francisco.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 9/25/2017) (Entered: 09/25/2017) |
| 09/25/2017 | 13 | SUMMONS Returned Executed by John Doe. Aetna Health and Life Insurance Company served on 9/20/2017, answer due 10/11/2017. (George, Matthew) (Filed on 9/25/2017) (Entered: 09/25/2017) |
| 09/25/2017 | 14 | SUMMONS Returned Executed by John Doe. Aetna Health of California Inc. served on 9/20/2017, answer due 10/11/2017. (George, Matthew) (Filed on 9/25/2017) (Entered: 09/25/2017) |
| 09/25/2017 | 15 | SUMMONS Returned Executed by John Doe. Aetna Insurance Company of Connecticut served on 9/20/2017, answer due 10/11/2017. (George, Matthew) (Filed on 9/25/2017) (Entered: 09/25/2017) |
| 10/10/2017 | 16 | STIPULATION *to Extend the Time to Move, Answer or Otherwise Respond to Complaint* filed by Aetna Health and Life Insurance Company, Aetna Health of California Inc., Aetna Inc., Aetna Insurance Company of Connecticut. (Kanny, Matthew) (Filed on 10/10/2017) (Entered: 10/10/2017) |
| 10/20/2017 | 17 | STIPULATION *to Extend the Time to Move, Answer or Otherwise Respond to Complaint* filed by Aetna Health and Life Insurance Company, Aetna Health of California Inc., Aetna Inc., Aetna Insurance Company of Connecticut. (Kanny, Matthew) (Filed on 10/20/2017) (Entered: 10/20/2017) |
| 11/03/2017 | 18 | STIPULATION WITH PROPOSED ORDER *to Transfer Case to Eastern District of Pennsylvania* filed by Aetna Health and Life Insurance Company, Aetna Health of California Inc., Aetna Inc., Aetna Insurance Company of Connecticut. (Kanny, Matthew) (Filed on 11/3/2017) (Entered: 11/03/2017) |
| 11/03/2017 | 19 | STIPULATION *to Extend the Time to Move, Answer or Otherwise Respond to Complaint* filed by Aetna Health and Life Insurance Company, Aetna Health of California Inc., Aetna Inc., Aetna Insurance Company of Connecticut. (Kanny, Matthew) (Filed on 11/3/2017) (Entered: 11/03/2017) |
| 11/06/2017 | 20 | **STIPULATION AND ORDER RE 18 to Transfer Case to Eastern District of Pennsylvania. Signed by Judge Richard Seeborg on 11/6/17.** (cl, COURT STAFF) (Filed on 11/6/2017) (Entered: 11/06/2017) |
| | | |

| 11/06/2017 | | Transferring case electronically to the United States District Court for the Eastern District of Pennsylvania. (gbaS, COURT STAFF) (Filed on 11/6/2017) (Entered: 11/06/2017) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/07/2017 09:20:16 | | | |
| PACER Login: | ue0496:4286791:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:17-cv-05191-RS |
| Billable Pages: | 3 | Cost: | 0.30 |



**Fw: Case ready for transfer**
InterDistrictTransfer PAED   to: Steve Tomas
Sent by: Nicole D'urso

11/07/2017 08:03 AM

From:     InterDistrictTransfer PAED/PAED/03/USCOURTS
To:       Steve Tomas/PAED/03/USCOURTS@USCOURTS
Sent by:  Nicole D'urso/PAED/03/USCOURTS

----- Forwarded by Nicole D'urso/PAED/03/USCOURTS on 11/07/2017 08:02 AM -----

From:     ECF-CAND@cand.uscourts.gov
To:       InterDistrictTransfer_PAED@paed.uscourts.gov
Date:     11/06/2017 07:18 PM
Subject:  Case ready for transfer

```
CASE: 3:17-cv-05191
      Title : Doe v. Aetna Inc. et al
      NOS   : 480 (Consumer Credit)
      Cause : 15:1681 (15:1681 Fair Credit Reporting Act)
REASON: Case is ready for transfer from California Northern District.

DETAILS: Copy and paste this URL into the Prepare Transferred Case program.

//ecf.cand.circ9.dcn/cgi-bin/TransferDataFile.pl?file=./paed/cand_317cv05191_t
ar.gz&checkSum=38386&fileSize=4442576
```