IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AETNA, INC.; AETNA HEALTH AND LIFE INSURANCE COMPANY; AETNA INSURANCE COMPANY OF CONNECTICUT and AETNA HEALTH OF CALIFORNIA INC.<br><br>Defendants. | Case No.: 2:17-cv-05013-JS<br><br>(Transferred from U.S.D.C., N. D. CA, 3:17-cv-05191-RS) |

## STIPULATION AND ORDER

Plaintiff John Doe ("Doe"), and Defendants Aetna, Inc., Aetna Health and Life Insurance Company, Aetna Insurance Company of Connecticut and Aetna Health of California Inc. (collectively, "Aetna"), hereby agree and stipulate that this action is dismissed without prejudice. Plaintiff Doe is now a Plaintiff and proposed class representative in the related action, styled *Andrew Beckett, et al. v. Aetna, Inc., et al.*, which is docketed in this Court at 2:17-cv-03864-JS.

Dated: December 7, 2017

/s/ Matthew B. George (FBS with consent)
LAURENCE D. KING
LINDA M. FONG
MATTHEW B. GEORGE
MARIO M. CHOI
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
(415) 772-4700

*Counsel for John Doe and the proposed Class*

Dated: December 7, 2017

/s/ Frederick P. Santarelli
FREDERICK P. SANTARELLI
ELLIOTT GREENLEAF, P.C.
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1024

MATTHEW P. KANNY (*pro hac vice*)
DONNA L. WILSON (*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064
(310) 312-4000

*Counsel for Aetna, Inc., Aetna Health and Life Insurance Company, Aetna Insurance Company of Connecticut and Aetna Health of California Inc.*

APPROVED and so ORDERED:

Dated: December 8, 2017

The Honorable Juan R. Sanchez
United States District Court